**Order entered August 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00779-CV

**CAS, LTD, Appellant**

**V.**

**TM AVIATION PARTNERS, LP, TM AVIATION ENTERPRISES, LLC, AND
TIMOTHY THOMPSON, Appellees**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01101-2014**

## ORDER

We **GRANT** court reporter Claudia Webb's August 4, 2015 second request for extension of time to file the record and **ORDER** the reporter's record be filed no later than August 26, 2015.

/s/    CRAIG STODDART
        JUSTICE